```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                     COLUMBUS DIVISION
```

SHANE ALBERT RICHARDS,            *

    Petitioner,              *

vs.                               *
                                CASE NO. 4:12-CV-39 (CDL)

FELICIA SKINNER, ERIC HOLDER,     *
and JANET NAPOLITANO,
                              *

    Respondents.                 *
_____
                               *

## ORDER ON RECOMMENDATION OF DISMISSAL

      This matter is before the Court pursuant to a Recommendation of Dismissal by the United States Magistrate Judge entered on October 2, 2012.  Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error.  Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

      IT IS SO ORDERED, this 17th day of October, 2012.


                                              s/Clay D. Land
                                              CLAY D. LAND
                                              UNITED STATES DISTRICT JUDGE